9:44 AM
01/10/11
Accrual Basis

# Rickland Direct LLC
## Profit & Loss
### January through December 2010

|  | Jan - Dec 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Freight Billing | 394,006.02 |
| Loco Tees | 0.00 |
| Printing Services Billing | 2,087.50 |
| Sales | 2,041,560.12 |
| **Total Income** | **2,437,653.64** |
| **Expense** | |
| Advertising and Promotion | 4,514.94 |
| Automobile Expense | 1,687.57 |
| Bad Debt | 2,960.36 |
| Bank Service Charges | 16,380.38 |
| Buildings Ground Maintenance | 18,197.50 |
| Computer and Internet Expenses | 16,844.70 |
| Computer Supplies | 3,281.53 |
| Consulting Services | 1,000.00 |
| Employment Agency | 226,244.88 |
| Equipment Rental | 721.96 |
| Equipment Rental (H&H Mailing) | |
|    Financial Pacific | 800.00 |
|    Leaf Leasing | 15,314.65 |
|    Pentech | 4,260.00 |
| **Total Equipment Rental (H&H Mailing)** | **20,374.65** |
| Equipment Repairs | 13,665.45 |
| Freight/Courier Services | 286,146.50 |
| Insurance - AFLAC | -2,112.76 |
| Insurance - Health | 66,652.73 |
| Insurance - Liability | 24,717.70 |
| Insurance - Workers Comp | 0.00 |
| Interest Expense | 66,006.69 |
| Janitorial Supplies | 1,882.67 |
| Late Fees | 815.93 |
| Legal/Accounting Services | 5,744.63 |
| Licenses/Fees | 10,556.08 |
| Meals and Entertainment | 3,574.45 |
| Miscellaneous Expense | 7,124.61 |
| Office Supplies and Expenses | 19,353.15 |
| Operating Supplies | 100,184.94 |
| Outside Services | 77,212.90 |
| Payroll | 1,210,287.96 |
| Payroll-Medicare Taxes | 17,343.84 |
| Payroll-Social Security Taxes | 74,159.92 |
| Payroll Taxes-FUTA | 1,438.89 |
| Payroll Taxes-SUTA | 2,124.29 |
| Personal Property Taxes | 3,536.15 |
| Printing/Reproduction | 46,133.72 |
| Reconciliation Discrepancies | -20,212.98 |
| Rent Expense | 103,278.00 |
| Repairs and Maintenance | 323.00 |
| Shipping/Handling | 6.30 |
| Telephone Expense | 23,257.21 |
| Temporary Labor | 69,224.65 |
| Travel Expense | 24,150.00 |
| Utilities | 145,050.79 |
| Vehicle Expense | 7,462.99 |
| Wage Garnishment | 763.93 |
| Write-off/adjustment | 3,348.55 |
| **Total Expense** | **2,705,411.35** |
| **Net Ordinary Income** | **-267,757.71** |
| **Other Income/Expense** | |
| **Other Income** | |
| Credit Card Fee Income | 1,672.58 |

9:44 AM
01/10/11
Accrual Basis

# Rickland Direct LLC
## Profit & Loss
### January through December 2010

|  | Jan - Dec 10 |
|---|---:|
| Total Other Income | 1,672.58 |
| **Other Expense** |  |
|   Ask My Accountant | 91,294.99 |
| Total Other Expense | 91,294.99 |
| Net Other Income | -89,622.41 |
| **Net Income** | **-357,380.12** |