**George W. Garner & Associates, Inc.**
**11175 Ridgefield Parkway, Suite 102**
**Richmond, VA 23233**
**804-740-6036**

**Rickland Direct LLC**
**3405 Commerce Road**
**Richmond, VA 23234**

# 2009 Income Tax Returns

| Form **1120S** | U.S. Income Tax Return for an S Corporation | OMB No. 1545-0130 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. ▶ See separate instructions. | **2009** |

For calendar year 2009 or tax year beginning _____, 2009, ending _____, 20 ___

| A S election effective date | 08-01-2007 | Use IRS label. Otherwise, print or type. | Name: **RICKLAND DIRECT LLC** | D Employer identification number: 11-3817639 |
|---|---|---|---|---|
| B Business activity code number (see instructions) | 511140 | | Number, street, and room or suite no. If a P.O. box, see instructions. **3405 COMMERCE ROAD** | E Date incorporated: 08-01-2007 |
| C Check if Sch. M-3 attached ☐ | | | City or town, state, and ZIP code **Richmond   VA   23234** | F Total assets (see instructions) $ 227,414 |

G Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes  ☒ No   If "Yes," attach Form 2553 if not already filed

H Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination or revocation

I Enter the number of shareholders who were shareholders during any part of the tax year ▶ 3

**Caution.** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | | | |
|---|---|---|---|---|---|
| 1a | Gross receipts or sales | 2,678,579 | b Less returns and allowances | c Bal ▶ 1c | 2,678,579 |
| 2 | Cost of goods sold (Schedule A, line 8) | | | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 2,678,579 |
| 4 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 4 | |
| 5 | Other income (loss) (see instructions - attach statement) | | Statement # 1 | 5 | 4,097 |
| 6 | Total income (loss). Add lines 3 through 5 | | ▶ | 6 | 2,682,676 |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers | 7 | 294,464 |
| 8 | Salaries and wages (less employment credits) | 8 | 1,018,172 |
| 9 | Repairs and maintenance | 9 | 14,800 |
| 10 | Bad debts | 10 | 277,567 |
| 11 | Rents | 11 | 108,698 |
| 12 | Taxes and licenses  ATT_STL | 12 | 127,228 |
| 13 | Interest | 13 | 69,171 |
| 14 | Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) | 14 | 11,071 |
| 15 | Depletion (**Do not deduct oil and gas depletion.**) | 15 | |
| 16 | Advertising | 16 | 3,979 |
| 17 | Pension, profit-sharing, etc., plans | 17 | |
| 18 | Employee benefit programs | 18 | |
| 19 | Other deductions (attach statement)  Statement # 2 | 19 | 1,119,233 |
| 20 | **Total deductions.** Add lines 7 through 19  ▶ | 20 | 3,044,383 |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | (361,707) |

### Tax and Payments

| | | | |
|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| b | Tax from Schedule D (Form 1120S) | 22b | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | 22c | |
| 23a | 2009 estimated tax payments and 2008 overpayment credited to 2009 | 23a | |
| b | Tax deposited with Form 7004 | 23b | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| d | Add lines 23a through 23c | 23d | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 24 | |
| 25 | **Amount owed.** If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | |
| 26 | **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| 27 | Enter amount from line 26 Credited to 2010 estimated tax ▶ _____ Refunded ▶ | 27 | |

**Sign Here:** Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____ Title _____

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| Preparer's signature | Date 04-27-2010 | Check if self-employed ☐ | Preparer's SSN or PTIN P00539022 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | ▶ George W Garner & Associates, PL  11175 Ridgefield Pkwy Suite 102  Richmond VA 23233 | EIN 38-3684208  Phone no. (804)740-6036 | |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.   EEA   Form **1120S** (2009)

*Client Copy* (watermark)

## Schedule A — Cost of Goods Sold (see instructions)

| # | Item | Amount |
|---|------|--------|
| 1 | Inventory at beginning of year | |
| 2 | Purchases | |
| 3 | Cost of labor | |
| 4 | Additional section 263A costs (attach statement) | |
| 5 | Other costs (attach statement) | |
| 6 | **Total.** Add lines 1 through 5 | |
| 7 | Inventory at end of year | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | |

9 a Check all methods used for valuing closing inventory:
  (i) ☐ Cost as described in Regulations section 1.471-3
  (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
  (iii) ☐ Other (Specify method used and attach explanation.) ▶
 b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ▶ ☐
 c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐
 d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO ............ 9d
 e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ☐ Yes ☐ No
 f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No
 If "Yes," attach explanation.

## Schedule B — Other Information (see instructions)

|  |  | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: a ☐ Cash  b ☒ Accrual  c ☐ Other (specify) ▶ | | |
| 2 | See the instructions and enter the: a Business activity ▶ Direct Mailing   b Product or service ▶ Direct Mailing | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If "Yes," attach a statement showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) if 100% owned, was a QSub election made? | | X |
| 4 | Has this corporation filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? | | X |
| 5 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐   If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 6 | If the corporation: (a) was a C corporation before it elected to be an S corporation, or the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation **and** (b) has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ▶ $ | | |
| 7 | Enter the accumulated earnings and profits of the corporation at the end of the tax year. $ | | |
| 8 | Are the corporation's total receipts (see instructions) for the tax year and its total assets at the end of the tax year less than $250,000? If "Yes," the corporation is not required to complete Schedules L and M-1 | | X |

## Schedule K — Shareholders' Pro Rata Share Items

| | Item | | Total amount |
|---|------|---|---|
| 1 | Ordinary business income (loss) (page 1, line 21) | 1 | (361,707) |
| 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| 3a | Other gross rental income (loss) ... 3a | | |
| b | Expenses from other rental activities (attach statement) ... 3b | | |
| c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| 4 | Interest income | 4 | |
| 5 | Dividends: a Ordinary dividends | 5a | |
|  | b Qualified dividends ... 5b | | |
| 6 | Royalties | 6 | |
| 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | 7 | |
| 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | 8a | |
| b | Collectibles (28%) gain (loss) ... 8b | | |
| c | Unrecaptured section 1250 gain (attach statement) ... 8c | | |
| 9 | Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| 10 | Other income (loss) (see instructions) ... Type ▶ | 10 | |

(Income (Loss))

*Client Copy* (watermark)

Form 1120S (2009)  RICKLAND DIRECT LLC  11-3817639  Page 3

| | | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|---|
| Deductions | 11 | Section 179 deduction (attach Form 4562) | 11 | |
| | 12a | Contributions | 12a | |
| | b | Investment interest expense | 12b | |
| | c | Section 59(e)(2) expenditures (1) Type ▶ _____ (2) Amount ▶ | 12c(2) | |
| | d | Other deductions (see instructions) • • • • Type ▶ | 12d | |
| Credits | 13a | Low-income housing credit (section 42(j)(5)) | 13a | |
| | b | Low-income housing credit (other) | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 13c | |
| | d | Other rental real estate credits (see instructions) • • • Type ▶ | 13d | |
| | e | Other rental credits (see instructions) • • • • • • • Type ▶ | 13e | |
| | f | Alcohol and cellulosic biofuel fuels credit (attach Form 6478) | 13f | |
| | g | Other credits (see instructions) • • • • • • • • • • • • Type ▶ | 13g | |
| Foreign Trans- actions | 14a | Name of country or U.S. possession ▶ _____ | | |
| | b | Gross income from all sources | 14b | |
| | c | Gross income sourced at shareholder level | 14c | |
| | | Foreign gross income sourced at corporate level | | |
| | d | Passive category | 14d | |
| | e | General category | 14e | |
| | f | Other (attach statement) | 14f | |
| | | Deductions allocated and apportioned at shareholder level | | |
| | g | Interest expense | 14g | |
| | h | Other | 14h | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | i | Passive category | 14i | |
| | j | General category | 14j | |
| | k | Other (attach statement) | 14k | |
| | | Other information | | |
| | l | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 14l | |
| | m | Reduction in taxes available for credit (attach statement) | 14m | |
| | n | Other foreign tax information (attach statement) | | |
| Alternative Minimum Tax (AMT) Items | 15a | Post-1986 depreciation adjustment | 15a | 1,683 |
| | b | Adjusted gain or loss | 15b | |
| | c | Depletion (other than oil and gas) | 15c | |
| | d | Oil, gas, and geothermal properties-gross income | 15d | |
| | e | Oil, gas, and geothermal properties-deductions | 15e | |
| | f | Other AMT items (attach statement) | 15f | |
| Items Affecting Shareholder Basis | 16a | Tax-exempt interest income | 16a | |
| | b | Other tax-exempt income | 16b | |
| | c | Nondeductible expenses | 16c | 1,927 |
| | d | Property distributions | 16d | |
| | e | Repayment of loans from shareholders | 16e | |
| Other Information | 17a | Investment income | 17a | |
| | b | Investment expenses | 17b | |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d | Other items and amounts (attach statement) | | |
| Recon- ciliation | 18 | Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | (361,707) |

EEA  Form **1120S** (2009)

Client Copy

Form 1120S (2009)   RICKLAND DIRECT LLC                                11-3817639   Page 4

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 4,179 | | 6,052 |
| 2a | Trade notes and accounts receivable | 229,501 | | 106,516 | |
| b | Less allowance for bad debts | ( ) | 229,501 | ( ) | 106,516 |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | Statement # 19 | 41,282 | | 105,493 |
| 7 | Loans to shareholders | | 29,700 | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 37,006 | | 37,006 | |
| b | Less accumulated depreciation | ( 16,582 ) | 20,424 | ( 27,653 ) | 9,353 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 325,086 | | 227,414 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 183,480 | | 256,562 |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | Statement # 22 | 205,115 | | 424,801 |
| 19 | Loans from shareholders | | 212,225 | | 201,188 |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 22,317 | | 6,548 |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | (298,051) | | (661,685) |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 325,086 | | 227,414 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more-see instructions

| 1 | Net income (loss) per books | (363,634) | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
|---|---|---|---|---|---|
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | | a Tax-exempt interest $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14l (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize): | |
| a | Depreciation $ | | a | Depreciation $ | |
| b | Travel and entertainment $ 1,927 | | | | |
| | | 1,927 | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1 through 3 | (361,707) | 8 | Income (loss) (Schedule K, line 18). Line 4 less line 7 | (361,707) |

## Schedule M-2 — Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| 1 | Balance at beginning of tax year | (298,051) | | |
| 2 | Ordinary income from page 1, line 21 | | | |
| 3 | Other additions | | | |
| 4 | Loss from page 1, line 21 | ( 361,707 ) | | |
| 5 | Other reductions  Statement # 30 | ( 1,927 ) | ( ) | |
| 6 | Combine lines 1 through 5 | (661,685) | | |
| 7 | Distributions other than dividend distributions | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | (661,685) | | |

EEA                                                                Form **1120S** (2009)

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) | | OMB No. 1545-0172 **2009** |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► See separate instructions. ► Attach to your tax return. | | Attachment Sequence No. **67** |
| Name(s) shown on return: RICKLAND DIRECT LLC | Business or activity to which this form relates: FORM 1120S | | Identifying number: 11-3817639 |

**Part I**    Election To Expense Certain Property Under Section 179

Note: If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | 1 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| 6 | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 ........ 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 |
| 10 | Carryover of disallowed deduction from line 13 of your 2008 Form 4562 | 10 |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 |
| 13 | Carryover of disallowed deduction to 2010. Add lines 9 and 10, less line 12 ► 13 | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

**Part II**    Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 |
| 15 | Property subject to section 168(f)(1) election | 15 |
| 16 | Other depreciation (including ACRS) | 16 |

**Part III**    MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2009 | 17 | 11,071 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ► | | |

**Section B - Assets Placed in Service During 2009 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only-see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2009 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | | | 40 yrs. | MM | S/L | |

**Part IV**    Summary (see instructions)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | 22 | 11,071 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs ........ 23 | | |

For Paperwork Reduction Act Notice, see separate instructions.    EEA    Form **4562** (2009)

Client Copy

| | | |
|---|---|---|
| **Schedule K-1 (Form 1120S)** Department of the Treasury Internal Revenue Service | For calendar year 2009, or tax year beginning _____, 2009 ending _____, 20 ___ | **2009** |

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0130

## Shareholder's Share of Income, Deductions, Credits, etc. ▶ See page 2 of form and separate instructions.

### Part I — Information About the Corporation

**A** Corporation's employer identification number
11-3817639

**B** Corporation's name, address, city, state, and ZIP code
RICKLAND DIRECT LLC
3405 COMMERCE ROAD
Richmond   VA 23234

**C** IRS Center where corporation filed return
CINCINNATI

### Part II — Information About the Shareholder

**D** Shareholder's identifying number
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

**E** Shareholder's name, address, city, state, and ZIP code
Fletcher Rick
10250 Buckeye Road
Mechanicsville   VA 23116

**F** Shareholder's percentage of stock ownership for tax year   80.00000 %

For IRS Use Only

### Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | (289,366) |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | |
| 11 | Section 179 deduction | |
| 12 | Other deductions | |
| 13 | Credits | |
| 14 | Foreign transactions | |
| 15 | Alternative minimum tax (AMT) items | A  1,346 |
| 16 | Items affecting shareholder basis | C  1,542 |
| 17 | Other information | |

* See attached statement for additional information.

For Paperwork Reduction Act Notice, see Instructions for Form 1120S.
EEA

Schedule K-1 (Form 1120S) 2009

*Client Copy* (watermark)

| | | |
|---|---|---|
| **Schedule K-1 (Form 1120S)** 2009 | | ☐ Final K-1  ☐ Amended K-1   OMB No. 1545-0130 |
| Department of the Treasury — Internal Revenue Service | For calendar year 2009, or tax year beginning _____, 2009 ending _____, 20 ___ | **Part III  Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See page 2 of form and separate instructions.

### Part I — Information About the Corporation

**A** Corporation's employer identification number
11-3817639

**B** Corporation's name, address, city, state, and ZIP code
RICKLAND DIRECT LLC
3405 COMMERCE ROAD
Richmond    VA 23234

**C** IRS Center where corporation filed return
CINCINNATI

### Part II — Information About the Shareholder

**D** Shareholder's identifying number
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

**E** Shareholder's name, address, city, state, and ZIP code
EDUARDO D CERVANTES
10375 COLONIAL ESTATES CIRCLE
Glen Allen    VA 23059

**F** Shareholder's percentage of stock ownership for tax year    10.00000 %

### Part III items

| Box | Description | Amount | Box | Description | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | (36,171) | 13 | Credits | |
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | | | |
| 4 | Interest income | | | | |
| 5a | Ordinary dividends | | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions | |
| 6 | Royalties | | | | |
| 7 | Net short-term capital gain (loss) | | | | |
| 8a | Net long-term capital gain (loss) | | | | |
| 8b | Collectibles (28%) gain (loss) | | | | |
| 8c | Unrecaptured section 1250 gain | | | | |
| 9 | Net section 1231 gain (loss) | | | | |
| 10 | Other income (loss) | | 15 | Alternative minimum tax (AMT) items | A 168 |
| 11 | Section 179 deduction | | 16 | Items affecting shareholder basis | C 193 |
| 12 | Other deductions | | 17 | Other information | |

\* See attached statement for additional information.

For IRS Use Only

Client Copy

For Paperwork Reduction Act Notice, see Instructions for Form 1120S.    Schedule K-1 (Form 1120S) 2009
EEA

| | | | |
|---|---|---|---|
| **Schedule K-1 (Form 1120S)** Department of the Treasury Internal Revenue Service | For calendar year 2009, or tax year beginning _____, 2009 ending _____, 20 ___ | **2009** | ☐ Amended K-1    OMB No. 1545-0130 |

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See page 2 of form and separate instructions.

### Part I — Information About the Corporation

**A** Corporation's employer identification number
11-3817639

**B** Corporation's name, address, city, state, and ZIP code
RICKLAND DIRECT LLC
3405 COMMERCE ROAD
Richmond                VA 23234

**C** IRS Center where corporation filed return
CINCINNATI

### Part II — Information About the Shareholder

**D** Shareholder's identifying number
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

**E** Shareholder's name, address, city, state, and ZIP code
Julie L Gabbard
1617 Pulliam Street
Richmond                VA 23235

**F** Shareholder's percentage of stock ownership for tax year    10.00000 %

### Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) (36,170) | | 13 | Credits |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | | |
| 4 | Interest income | | | |
| 5a | Ordinary dividends | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions |
| 6 | Royalties | | | |
| 7 | Net short-term capital gain (loss) | | | |
| 8a | Net long-term capital gain (loss) | | | |
| 8b | Collectibles (28%) gain (loss) | | | |
| 8c | Unrecaptured section 1250 gain | | | |
| 9 | Net section 1231 gain (loss) | | | |
| 10 | Other income (loss) | | 15 | Alternative minimum tax (AMT) items |
| | | | A | 169 |
| 11 | Section 179 deduction | | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | C | 192 |
| | | | 17 | Other information |

\* See attached statement for additional information.

For Paperwork Reduction Act Notice, see Instructions for Form 1120S.                Schedule K-1 (Form 1120S) 2009
EEA

*Client Copy* (watermark)

| Federal Supporting Statements | 2009 PAGE 1 |
|---|---|
| Name(s) as shown on return: RICKLAND DIRECT LLC | FEIN: 11-3817639 |

**Form 1120S, Schedule L, Line 6**  Statement # 19
Other Current Assets

| Description | Beginning Of Tax Year | End Of Tax Year |
|---|---|---|
| Other Current Assets | 41,282 | 105,493 |
| Totals: | 41,282 | 105,493 |

PAGE 1
**Form 1120S, Schedule L, Line 18**  Statement # 22
Other Current Liabilities

| Description | Beginning Of Tax Year | End Of Tax Year |
|---|---|---|
| Other Current Liabil | 205,115 | 424,801 |
| Totals: | 205,115 | 424,801 |

PG01
**Form 1120S Line 5**  Statement # 1

| Description | Amount |
|---|---|
| Credit Card Fee Income | 4,097 |
| Total | 4,097 |

Client Copy

STATMENT.LD

| | | |
|---|---|---|
| **Federal Supporting Statements** | **2009** | **PG01** |

Name(s) as shown on return: RICKLAND DIRECT LLC

FEIN: 11-3817639

## Form 1120S Line 19

Statement # 2

| Description | Amount |
|---|---:|
| Automobile and Truck Expense | 7,965 |
| Bank Charges | 10,450 |
| Computer | 12,637 |
| Equipment Rental/lease | 37,532 |
| Freight | 222,603 |
| Independent Contractor | 26,843 |
| Insurance | 94,904 |
| Janitorial | 2,281 |
| Legal and Professional | 6,394 |
| 50% Meals and Entertainment | 1,927 |
| Miscellaneous | 5,635 |
| Office Expense | 10,881 |
| Outside Services/Sub Contractors | 87,072 |
| Printing | 36,902 |
| Recruiting | 292,693 |
| Supplies | 98,431 |
| Telephone | 19,993 |
| Travel | 12,671 |
| Utilities | 131,419 |
| Total | 1,119,233 |

## Schedule M-2 Line 5

PG01
Statement # 30

| Description | Amount |
|---|---:|
| Nondeductible Expenses | 1,927 |
| Total | 1,927 |

*Client Copy* (watermark)

# 2009 Virginia Schedule VK-1 (Form 502)
## Owner's Share of Income And Virginia Modifications And Credits

Check If -
- [ ] Final
- [ ] Amended Return ●

Check Here if Owner is Participating in an Individual Unified Nonresident Return [ ] ●

### Owner Information
| | |
|---|---|
| **Name** | **Federal Employer ID Number or SSN** |
| FLETCHER RICK | 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 |
| **Address** | |
| **Address** | |
| 10250 BUCKEYE ROAD | |
| **City or Town, State And ZIP Code** | |
| MECHANICSVILLE, VA 23116 | |

### Pass-Through Entity (PTE) Information
| | |
|---|---|
| **Name** | **Federal Employer ID Number** |
| RICKLAND DIRECT LLC | 11-3817639 |
| **Address** | **Tax Year End Date** |
| | 12-31-2009 |
| **Address** | |
| 3405 COMMERCE ROAD | |
| **City or Town, State And ZIP Code** | |
| RICHMOND, VA 23234 | |

### Additional Owner Information
a. Date Owner Acquired Interest In The Pass-Through Entity (MM/DD/YYYY) ...
b. Owner's Entity Type (Enter code; see instructions) ... **RES**
c. Owner's Participation Type (Enter code; see instructions) ... **SHR**
d. Owner's Participation Percentage (Example: 47.35% - see instructions.) ... **80.00 %**
e. Amount Withheld by PTE for Owner ...
f. If Owner or Entity is exempt from withholding enter exemption code (see instructions) ...

### Distributive or Pro Rata Income and Deductions
See instructions.
1. Total of Taxable Income Amounts ... 1. **(289366) .00**
2. Total of Deductions ... 2. .00
3. Tax-exempt Interest Income ... 3. .00

### Allocation and Apportionment
4. Income Allocated To Virginia (Owner's Share From PTE's Schedule 502A, Part A, line 2) ... 4. .00
5. Income Allocated Outside Of Virginia (Owner's Share From PTE's Schedule 502A, Part A, line 3e) ... 5. .00
6. Apportionable Income (Owner's Share From PTE's Schedule 502A, Part A, line 4) ... 6. .00
7. Virginia Apportionment Percentage (From PTE's Schedule 502A, Part B or Part C or 100%) ... 7. **100.00 %**

### Virginia Additions - Owner's Share
8. Fixed-date Conformity - Depreciation ... 8. .00
9. Fixed-date Conformity - Other ... 9. .00
10. Net Income Tax Or Other Tax Used As A Deduction In Determining Taxable Income (See Instructions) ... 10. .00
11. Interest On Municipal Or State Obligations Other Than From Virginia ... 11. .00
12. Other additions (see instructions for addition codes)

| Code | Amount | Code | Amount |
|---|---|---|---|
| 12a | | 12b | .00 |
| 12c | | 12d | .00 |

13. Total Additions (add lines 8-11 and 12a-12d) ... 13. .00

### Virginia Subtractions - Owner's Share
14. Fixed-date Conformity - Depreciation ... 14. .00
15. Fixed-date Conformity - Other ... 15. .00
16. Income From Obligations Of The United States ... 16. .00
17. Other subtractions (see instructions for subtraction codes)

| Code | Amount | Code | Amount |
|---|---|---|---|
| 17a | .00 | 17b | .00 |
| 17c | .00 | 17d | .00 |

18. Total Subtractions (Add lines 14-16 and 17a-17d) ... 18. .00

Va. Dept. Of Taxation  2601024  VK-1  (Rev 10/09)

1024

*Client Copy* (watermark)

Owner Federal Employer ID Number or SSN  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

PTE Federal Employer ID Number  11-3817639

## SECTION C - Virginia Tax Credits
### Nonrefundable Credits

| # | Description | | Amount |
|---|---|---|---|
| 1. | State Income Tax Paid (See instructions) | 1. | .00 |
| 2. | Neighborhood Assistance Act Credit | 2. | .00 |
| 3. | Enterprise Zone Act General Tax Credit | 3. | .00 |
| 4. | Enterprise Zone Act Zone Investment Tax Credit | 4. | .00 |
| 5. | Reserved for future use | 5. | .00 |
| 6. | Conservation Tillage Equipment Credit | 6. | .00 |
| 7. | Bio-Diesel Credit | 7. | .00 |
| 8. | Fertilizer & Pesticide Application Equipment Credit | 8. | .00 |
| 9. | Recyclable Materials Processing Equipment Credit | 9. | .00 |
| 10. | Rent Reduction Program Credit | 10. | .00 |
| 11. | Vehicle Emissions Testing Equipment Credit | 11. | .00 |
| 12. | Major Business Facility Job Tax Credit | 12. | .00 |
| 13. | Clean Fuel Vehicle Job Creation Tax Credit | 13. | .00 |
| 14. | Day-care Facility Investment Tax Credit | 14. | .00 |
| 15. | Low-income Housing Tax Credit | 15. | .00 |
| 16. | Agricultural Best Management Practices Tax Credit | 16. | .00 |
| 17. | Worker Retraining Credit | 17. | .00 |
| 18. | Waste Motor Oil Burning Equipment Credit | 18. | .00 |
| 19. | Riparian Forest Buffer Protection For Waterways | 19. | .00 |

20. Virginia Coal And Production Incentive Tax Credit ······· 20. _____ .00

21. Enter the amount of credit assigned to another party ····· 21. _____ .00

| # | Description | | Amount |
|---|---|---|---|
| 22. | Virginia Coal and Production Incentive Tax Credit available for use by owner (Subtract  from line 20) | 22. | .00 |
| 23. | Historic Rehabilitation Tax Credit | 23. | .00 |
| 24. | Land Preservation Tax Credit | 24. | .00 |
| 25. | Qualified Equity & Subordinated Debt Investments Tax Credit | 25. | .00 |
| 26. | Total Nonrefundable credits (Total lines 1-19 and 22-25) | 26. | .00 |

### Refundable Credits

| # | Description | | Amount |
|---|---|---|---|
| 27. | 100% Coalfield Employment Enhancement and/or Virginia Coal Employment and Production Incentive Tax Credits from Line 1 of your 2009 Schedule 306B | 27. | .00 |
| 28. | Full credit: Enter amount from 2009 Form 306, Line 12 | 28. | .00 |
| 29. | Full credit: Enter amount from your 2009 Form 306, line 12b | 29. | .00 |
| 30. | 85% Credit: Enter amount from 2009 Form 3  line 13a | 30. | .00 |
| 31. | 90% Credit: Enter amount from your 2009 Form 306, line 13b | 31. | .00 |
| 32. | Total Coal Related Tax Credits allowable this year: Add Lines 28, 29, 30 and 31 | 32. | .00 |
| 33. | 2009 Coalfield Employment Enhancement Tax Credit earned to be used when completing your 2012 return. Enter amount from your 2009 Form 306, Line 11 | 33. | .00 |

### Notice

You have received this Schedule VK-1 because the above named Pass-Through Entity (PTE) earned income from Virginia sources and has passed through to you a portion of that Virginia source income based on your ownership of the PTE. A copy of this schedule has been filed with the Virginia Department of Taxation. Everyone who receives Virginia source income is subject to taxation by Virginia regardless of state of residency or domicile. You may be required to file a Virginia tax return even though you may be a nonresident individual or a business domiciled outside of Virginia. To determine if you are required to file a Virginia tax return, consult your tax professional. Information and forms may be obtained at www.tax.virginia.gov, or call the Virginia Department of Taxation at 804-367-8031 (individuals) or 804-367-8037 (businesses).

1024

# 2009 VIRGINIA Schedule VK-1 (Form 502)
## Owner's Share of Income And Virginia Modifications And Credits

Check If -
- [ ] Final
- [ ] Amended Return

Check Here if Owner is Participating in an Individual Unified Nonresident Return [ ]

### Owner Information
| | |
|---|---|
| Name | Federal Employer ID Number or SSN |
| EDUARDO D CERVANTE | 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 |
| Address | |
| 10375 COLONIAL ESTATES CIRCLE | |
| City or Town, State And ZIP Code | |
| GLEN ALLEN, VA 23059 | |

### Pass-Through Entity (PTE) Information
| | |
|---|---|
| Name | Federal Employer ID Number |
| RICKLAND DIRECT LLC | 11-3817639 |
| Address | Tax Year End Date |
| | 12-31-2009 |
| Address | |
| 3405 COMMERCE ROAD | |
| City or Town, State And ZIP Code | |
| RICHMOND, VA 23234 | |

### Additional Owner Information
a. Date Owner Acquired Interest In The Pass-Through Entity (MM/DD/YYYY) ................
b. Owner's Entity Type (Enter code; see instructions) ................ RES
c. Owner's Participation Type (Enter code; see instructions) ................ SHR
d. Owner's Participation Percentage (Example: 47.35% - see instructions.) ................ 10.00 %
e. Amount Withheld by PTE for Owner ................
f. If Owner or Entity is exempt from withholding enter exemption code (see instructions) ................

### Distributive or Pro Rata Income and Deductions
See instructions.
1. Total of Taxable Income Amounts ................ 1. (36171) .00
2. Total of Deductions ................ 2. .00
3. Tax-exempt Interest Income ................ 3. .00

### Allocation and Apportionment
4. Income Allocated To Virginia (Owner's Share From PTE's Schedule 502A, Part A, Line 2) ................ 4. .00
5. Income Allocated Outside Of Virginia (Owner's Share From PTE's Schedule 502A, Part A, Line 3e) ................ 5. .00
6. Apportionable Income (Owner's Share From PTE's Schedule 502A, Part A, Line 4) ................ 6. .00
7. Virginia Apportionment Percentage (From PTE's Schedule 502A, Part B or Part C or 100%) ................ 7. 100.00 %

### Virginia Additions - Owner's Share
8. Fixed-date Conformity - Depreciation ................ 8. .00
9. Fixed-date Conformity - Other ................ 9. .00
10. Net Income Tax Or Other Tax Used As A Deduction Determining Taxable Income (See Instructions) ................ 10. .00
11. Interest On Municipal Or State Obligations Other Than From Virginia ................ 11. .00
12. Other additions (see instructions for addition codes)

| Code | Amount | Code | Amount |
|---|---|---|---|
| 12a | .00 | 12b | .00 |
| 12c | .00 | 12d | .00 |

13. Total Additions (add lines 8-11 and 12a-12d) ................ 13. .00

### Virginia Subtractions - Owner's Share
14. Fixed-date Conformity - Depreciation ................ 14. .00
15. Fixed-date Conformity - Other ................ 15. .00
16. Income From Obligations Of The United States ................ 16. .00
17. Other subtractions (see instructions for subtraction codes)

| Code | Amount | Code | Amount |
|---|---|---|---|
| 17a | .00 | 17b | .00 |
| 17c | .00 | 17d | .00 |

18. Total Subtractions (Add lines 14-16 and 17a-17d) ................ 18. .00

Va. Dept. Of Taxation  2601024  VK-1  (Rev 10/09)

1024

Client Copy

Owner Federal Employer ID Number or SSN  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

PTE Federal Employer ID Number  11-3817639

## SECTION C - Virginia Tax Credits
### Nonrefundable Credits

| # | Item | Amount |
|---|------|-------:|
| 1. | State Income Tax Paid (See instructions) | .00 |
| 2. | Neighborhood Assistance Act Credit | .00 |
| 3. | Enterprise Zone Act General Tax Credit | .00 |
| 4. | Enterprise Zone Act Zone Investment Tax Credit | .00 |
| 5. | Reserved for future use | .00 |
| 6. | Conservation Tillage Equipment Credit | .00 |
| 7. | Bio-Diesel Credit | .00 |
| 8. | Fertilizer & Pesticide Application Equipment Credit | .00 |
| 9. | Recyclable Materials Processing Equipment Credit | .00 |
| 10. | Rent Reduction Program Credit | .00 |
| 11. | Vehicle Emissions Testing Equipment Credit | .00 |
| 12. | Major Business Facility Job Tax Credit | .00 |
| 13. | Clean Fuel Vehicle Job Creation Tax Credit | .00 |
| 14. | Day-care Facility Investment Tax Credit | .00 |
| 15. | Low-income Housing Tax Credit | .00 |
| 16. | Agricultural Best Management Practices Tax Credit | .00 |
| 17. | Worker Retraining Credit | .00 |
| 18. | Waste Motor Oil Burning Equipment Credit | .00 |
| 19. | Riparian Forest Buffer Protection For Waterways | .00 |

20. Virginia Coal And Production Incentive Tax Credit ........ 20. _____ .00

21. Enter the amount of credit assigned to another party ..... 21. _____ .00

| # | Item | Amount |
|---|------|-------:|
| 22. | Virginia Coal and Production Incentive Tax Credit available for use by owner (Subtract 1 from line 20) | .00 |
| 23. | Historic Rehabilitation Tax Credit | .00 |
| 24. | Land Preservation Tax Credit | .00 |
| 25. | Qualified Equity & Subordinated Debt Investments Tax Credit | .00 |
| 26. | Total Nonrefundable credits (Total lines 1-19 and 22-25) | .00 |

### Refundable Credits

| # | Item | Amount |
|---|------|-------:|
| 27. | 100% Coalfield Employment Enhancement and/or Virginia Coal Employment and Production Incentive Tax Credits from Line 1 of your 2009 Schedule 306B | .00 |
| 28. | Full credit: Enter amount from 2009 Form 306, Line 12 | .00 |
| 29. | Full credit: Enter amount from your 2009 Form 306, line 12b | .00 |
| 30. | 85% Credit: Enter amount from 2009 Form 306, line 13a | .00 |
| 31. | 90% Credit: Enter amount from your 2009 Form 306, line 13b | .00 |
| 32. | Total Coal Related Tax Credits allowable this year: Add Lines 28, 29, 30 and 31 | .00 |
| 33. | 2009 Coalfield Employment Enhancement Tax Credit earned to be used when completing your 2012 return. Enter amount from your 2009 Form 306, Line 11 | .00 |

**Notice**

You have received this Schedule VK-1 because the above named Pass-Through Entity (PTE) earned income from Virginia sources and has passed through to you a portion of that Virginia source income based on your ownership of the PTE. A copy of this schedule has been filed with the Virginia Department of Taxation. Everyone who receives Virginia source income is subject to taxation by Virginia regardless of state of residency or domicile. You may be required to file a Virginia tax return even though you may be a nonresident individual or a business domiciled outside of Virginia. To determine if you are required to file a Virginia tax return, consult your tax professional. Information and forms may be obtained at **www.tax.virginia.gov**, or call the Virginia Department of Taxation at 804-367-8031 (individuals) or 804-367-8037 (businesses).

1024

# 2009 VIRGINIA Schedule VK-1 (Form 502)

**Owner's Share of Income Virginia Modifications And Credits**

Check If -
- [ ] Final
- [ ] Amended Return

Check Here if Owner is Participating in an Individual Unified Nonresident Return [ ]

## Owner Information

| Name | Federal Employer ID Number or SSN |
|---|---|
| JULIE L GABBARD | 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 |

Address: 1617 PULLIAM STREET

City or Town, State And ZIP Code: RICHMOND, VA 23235

## Pass-Through Entity (PTE) Information

| Name | Federal Employer ID Number |
|---|---|
| RICKLAND DIRECT LLC | 11-3817639 |

Tax Year End Date: 12-31-2009

Address: 3405 COMMERCE ROAD

City or Town, State And ZIP Code: RICHMOND, VA 23234

## Additional Owner Information

a. Date Owner Acquired Interest In The Pass-Through Entity (MM/DD/YYYY) ............
b. Owner's Entity Type (Enter code; see instructions) ............ RES
c. Owner's Participation Type (Enter code; see instructions) ............ SHR
d. Owner's Participation Percentage (Example: 47.35% - see instructions.) ............ 10.00 %
e. Amount Withheld by PTE for Owner ............
f. If Owner or Entity is exempt from withholding enter exemption code (see instructions) ............

## Distributive or Pro Rata Income and Deductions
See instructions.

1. Total of Taxable Income Amounts ............ 1. (36171).00
2. Total of Deductions ............ 2. .00
3. Tax-exempt Interest Income ............ 3. .00

## Allocation and Apportionment

4. Income Allocated To Virginia (Owner's Share From PTE's Schedule 502A, Part A, Line 2) ............ 4. .00
5. Income Allocated Outside Of Virginia (Owner's Share From PTE's Schedule 502A, Part A, Line 3e) ............ 5. .00
6. Apportionable Income (Owner's Share From PTE's Schedule 502A, Part A, Line 4) ............ 6. .00
7. Virginia Apportionment Percentage (From PTE's Schedule 502A, Part B or Part C or 100%) ............ 7. 100.00 %

## Virginia Additions - Owner's Share

8. Fixed-date Conformity - Depreciation ............ 8. .00
9. Fixed-date Conformity - Other ............ 9. .00
10. Net Income Tax Or Other Tax Used As A Deduction In Determining Taxable Income (See Instructions) ............ 10. .00
11. Interest On Municipal Or State Obligations Other Than From Virginia ............ 11. .00
12. Other additions (see instructions for addition codes)

| | Code | Amount | | Code | Amount |
|---|---|---|---|---|---|
| 12a | | .00 | 12b | | .00 |
| 12c | | .00 | 12d | | .00 |

13. Total Additions (add lines 8-11 and 12a-12d) ............ 13. .00

## Virginia Subtractions - Owner's Share

14. Fixed-date Conformity - Depreciation ............ 14. .00
15. Fixed-date Conformity - Other ............ 15. .00
16. Income From Obligations Of The United States ............ 16. .00
17. Other subtractions (see instructions for subtraction codes)

| | Code | Amount | | Code | Amount |
|---|---|---|---|---|---|
| 17a | | .00 | 17b | | .00 |
| 17c | | .00 | 17d | | .00 |

18. Total Subtractions (Add lines 14-16 and 17a-17d) ............ 18. .00

Va. Dept. Of Taxation  2601024  VK-1  (Rev 10/09)

1024

Client Copy

**2009 Virginia**
**Schedule VK-1**
Page 2

Owner Federal Employer ID Number or SSN  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

PTE Federal Employer ID Number  11-3817639

## SECTION C - Virginia Tax Credits
### Nonrefundable Credits

| # | Description | Amount |
|---|---|---|
| 1. | State Income Tax Paid (See instructions) | .00 |
| 2. | Neighborhood Assistance Act Credit | .00 |
| 3. | Enterprise Zone Act General Tax Credit | .00 |
| 4. | Enterprise Zone Act Zone Investment Tax Credit | .00 |
| 5. | Reserved for future use | .00 |
| 6. | Conservation Tillage Equipment Credit | .00 |
| 7. | Bio-Diesel Credit | .00 |
| 8. | Fertilizer & Pesticide Application Equipment Credit | .00 |
| 9. | Recyclable Materials Processing Equipment Credit | .00 |
| 10. | Rent Reduction Program Credit | .00 |
| 11. | Vehicle Emissions Testing Equipment Credit | .00 |
| 12. | Major Business Facility Job Tax Credit | .00 |
| 13. | Clean Fuel Vehicle Job Creation Tax Credit | .00 |
| 14. | Day-care Facility Investment Tax Credit | .00 |
| 15. | Low-income Housing Tax Credit | .00 |
| 16. | Agricultural Best Management Practices Tax Credit | .00 |
| 17. | Worker Retraining Credit | .00 |
| 18. | Waste Motor Oil Burning Equipment Credit | .00 |
| 19. | Riparian Forest Buffer Protection For Waterways | .00 |

20. Virginia Coal And Production Incentive Tax Credit .... 20. _____ .00

21. Enter the amount of credit assigned to another party ..... 21. _____ .00

| # | Description | Amount |
|---|---|---|
| 22. | Virginia Coal and Production Incentive Tax Credit available for use by owner (Subtract line 21 from line 20) | .00 |
| 23. | Historic Rehabilitation Tax Credit | .00 |
| 24. | Land Preservation Tax Credit | .00 |
| 25. | Qualified Equity & Subordinated Debt Investments Tax Credit | .00 |
| 26. | Total Nonrefundable credits (Total lines 1-19 and 22-25) | .00 ● |

### Refundable Credits

| # | Description | Amount |
|---|---|---|
| 27. | 100% Coalfield Employment Enhancement and/or Virginia Coal Employment and Production Incentive Tax Credits from Line 1 of your 2009 Schedule 306B | .00 |
| 28. | Full credit: Enter amount from 2009 Form 306, Line 12 | .00 |
| 29. | Full credit: Enter amount from your 2009 Form 306, line 12b | .00 |
| 30. | 85% Credit: Enter amount from 2009 Form 306, line 13a | .00 |
| 31. | 90% Credit: Enter amount from your 2009 Form 306, line 13b | .00 |
| 32. | Total Coal Related Tax Credits allowable this year: Add Lines 28, 29, 30 and 31 | .00 |
| 33. | 2009 Coalfield Employment Enhancement Tax Credit earned to be used when completing your 2012 return. Enter amount from your 2009 Form 306, Line 11 | .00 |

*Client Copy* (watermark)

### Notice

You have received this Schedule VK-1 because the above named Pass-Through Entity (PTE) earned income from Virginia sources and has passed through to you a portion of that Virginia source income based on your ownership of the PTE. A copy of this schedule has been filed with the Virginia Department of Taxation. Everyone who receives Virginia source income is subject to taxation by Virginia regardless of state of residency or domicile. You may be required to file a Virginia tax return even though you may be a nonresident individual or a business domiciled outside of Virginia. To determine if you are required to file a Virginia tax return, consult your tax professional. Information and forms may be obtained at www.tax.virginia.gov, or call the Virginia Department of Taxation at 804-367-8031 (individuals) or 804-367-8037 (businesses).

1024