**B6A (Official Form 6A) (12/07)**

In re:  **RICKLAND DIRECT, LLC**                                    Case No. _____
                                                                                                    **(If known)**
                        **Debtor**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | | |
| | | Total ➢ | **0.00** | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **RICKLAND DIRECT, LLC**_____,        Case No. _____
                            **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America** **1215 Jefferson Davis Hwy** **Richmond, VA 23224** **#43500306856** | | **519.07** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America** **1215 Jefferson Davis Hwy** **Richmond, VA 23224** **#435003068669 General Account** | | **7,570.06** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Customer Postage BOA Escrow (Temporary)** **#8672** **$10,128.81** **Bank of America** **1215 Jefferson DAvis Hwy** **Richmond, VA 23224** | | **0.00** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wachovia** **7300 Jefferson Davis Hwy** **Richmond, VA 23237** **Acct # 7371** | | **-3,226.85** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wachovia** **7300 Jefferson Davis Hwy** **Richmond, VA 23237** **Acct # 3871** | | **-3,746.22** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wachovia** **7300 Jefferson Davis Hwy** **Richmond, VA 23237** **Account 5878** | | **-4,865.70** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wachovia** **7300 Jefferson Davis Hwy** **Richmond, VA 23237** **Acct #7410** | | **-0.27** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wachovia** **7300 Jefferson Davis Hwy** **Richmond, VA 23237** **Acct #7397** | | **0.00** |
| | | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re    **RICKLAND DIRECT, LLC** _____ ,        Case No. _____
Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wachovia** **7300 Jefferson Davis Hwy** **Richmondm, VA 23237** **Acct#7407** | | -1,389.73 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wachovia** **As-of-1-17-2011** | | 30.75 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **utilities security deposit** **Dominion Virginia Power** **P O Box 26543** **Richmond, VA 23290** | | 12,246.51 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **As of 1-17-2011** | | **144,783.91** |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **RICKLAND DIRECT, LLC** _____,      Case No. _____
                                    **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Ford Box Truck** | | **2,459.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Chevy Van** | | **2,485.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **1 Laserjet $147, 1 desk $ 230, 1 desk $83, 1 time clock $128, 1 Laserject 9000 $402, 1 desk,hutch,file cabinet $ 272, 1 Laserjet 9000&9050 $669** | | **1,931.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **1 Strapping machine $2,513, 1 Surefeed ECO 1200 IJ $500, 1Dynaric D2400 Strapper $500, 1 Scitex 5120/w/base feeder dryer conveyor $3500** | | **7,013.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  __RICKLAND DIRECT, LLC_____,        Case No. _____
                          **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

                    __3__   continuation sheets attached            Total   ➤   | $ 165,809.53 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6D (Official Form 6D) (12/07)**

In re  **RICKLAND DIRECT, LLC** _____ .    Case No. _____

_____ **Debtor** _____ (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**3405 COMMERCE ROAD, LLC**<br>**1650 WILLOW LAWN DRIVE, STE 300**<br>**RICHMOND, VA 23230** | | | **02/14/2008**<br>**UCC lien on cash collateral**<br>**WORKING CAPITAL LOAN**<br><br>**VALUE $47,500.00** | | | | 117,000.00 | 69,500.00 |

<u>0</u>    continuation sheets
attached

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| | |
|---|---|
| $   117,000.00 | $   69,500.00 |
| $   117,000.00 | $   69,500.00 |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re    **RICKLAND DIRECT, LLC**                                    Case No. _____
                              Debtor                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑    **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2   continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re   **RICKLAND DIRECT, LLC**_____,        Case No. _____
                                    Debtor                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **11-3817639**<br>**INTERNAL REVENUE SERVICE**<br>**P.O. BOX 804522**<br>**CINCINNATI, OH 45280-4522** | | | **13/31/2008**<br>**SOCIAL SECURITY - WITHHOLDING** | | | | **96,364.02** | **96,364.02** | **$0.00** |
| ACCOUNT NO.    **11-3817639**<br>**INTERNAL REVENUE SERVICE**<br>**P.O. BOX 804522**<br>**CINCINNATI, OH 45280-4522** | | | **12/31/2008**<br>**SOC. SEC. - COMPANY MATCH** | | | | **96,364.02** | **96,364.02** | **$0.00** |
| ACCOUNT NO.    **11-3817639**<br>**INTERNAL REVENUE SERVICE**<br>**P.O. BOX 804522**<br>**CINCINNATI, OH 45280-4522** | | | **12/31/2008**<br>**MEDICARE - COMPANY MATCH** | | | | **22,787.70** | **22,787.70** | **$0.00** |
| ACCOUNT NO.    **11-3817639**<br>**INTERNAL REVENUE SERVICE**<br>**P.O. BOX 804522**<br>**CINCINNATI, OH 45280-4522** | | | **12/31/2008**<br>**MEDICARE WITHHOLDING** | | | | **22,787.70** | **22,787.70** | **$0.00** |
| ACCOUNT NO.    **11-3817639**<br>**INTERNAL REVENUE SERVICE**<br>**P.O. BOX 804521**<br>**CINCINNATI, OH 45280-4521** | | | **12/31/2008**<br>**FUTA 940** | | | | **1,900.00** | **1,900.00** | **$0.00** |
| ACCOUNT NO.    **11-3817639**<br>**INTERNAL REVENUE SERVICE**<br>**P.O. BOX 804522**<br>**CINCINNATI, OH 45280-4522** | | | **12/31/2008**<br>**SECTION 941 TAXES** | | | | **144,940.00** | **144,940.00** | **$0.00** |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals▸<br>(Totals of this page) | $   **385,143.44** | $   **385,143.44** | $         **0.00** |
| Total   ▸<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total   ▸<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

**B6E (Official Form 6E) (4/10) – Cont.**

In re   **RICKLAND DIRECT, LLC**                                    ,        Case No. _____
                                                                                            (If known)
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **30-11-3817639 F001**<br>**VIRGINA DEPARTMENT OF TAXATION**<br>**PO BOX 27264**<br>**RICHMOND, VA  23261** | | | **VA - WITHHOLDING** | | | | **38,622.62** | **38,622.62** | **$0.00** |
| ACCOUNT NO.   **11-3817639**<br>**VIRGINIA EMPLOYMENT COMMISSION**<br>**PO BOX 1174**<br>**RICHMOND, VA  23218-1174** | | | **12/31/2008**<br>**SUTA** | | | | **173.42** | **173.42** | **$0.00** |

Sheet no.  2  of  2  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | | |
|---|---|---|
| Subtotals ►<br>(Totals of this page) | $   **38,796.04** | $  **38,796.04** | $   **0.00** |
| Total   ►<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $   **423,939.48** | | |
| Total   ►<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $   **423,939.48** | $   **0.00** |

B6F (Official Form 6F) (12/07)

In re  **RICKLAND DIRECT, LLC** _____     Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**3405 COMMERCE ROAD, LLC**<br>**1650 WILLOW LAWN DRIVE, STE 300**<br>**RICHMOND, VA 23230** | | | 08/01/2010<br><br>**BACK RENT** | | | | **53,328.56** |
| ACCOUNT NO.    **18990**<br><br>**A. M. Davis, Inc.**<br>**5601 Biggs Road**<br>**Richmond, VA 23231** | | | 11/30/2010<br><br>**Commercial debt** | | | | **203.82** |
| ACCOUNT NO.    **9555**<br><br>**A-1 COURIER SERVICES LLC**<br>**5008 BYRD INDUSTRIAL DRIVE**<br>**RICHMOND, VA 23231** | | | 11/22/2010<br><br>**COURIER SERVICES** | | | | **2,186.00** |
| ACCOUNT NO.    **XZ282**<br><br>**AFLAC**<br>**1932 Wynnton Road**<br>**Columbus, GA 31999** | | | 12/01/2010<br><br>**commercial debt** | | | | **1,154.98** |
| ACCOUNT NO.    **84167**<br><br>**Allstate Imaging, Inc.**<br>**21621 Nordhoff Street**<br>**Chatsworth, CA 91311** | | | 11/29/2010<br><br>**commerical debt** | | | | **1,450.44** |

_13_   Continuation sheets attached

Subtotal ➢ $    **58,323.80**

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **RICKLAND DIRECT, LLC** _____    Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>American Digital Solutions, INc.<br>P O Box 370369<br>Reseda, CA 91337 | | | 03/11/2010<br><br>commercial debt | | | | 459.70 |
| ACCOUNT NO.  **1878**<br><br>American Paper & Chemical Co.<br>P O Box 36266<br>Richmond, VA 23235 | | | 04/01/2009<br><br>commercial deb t | | | | 1,141.80 |
| ACCOUNT NO.  **RICRIC421218-2010**<br><br>AMSTAN LOGISTICS<br>PO BOX 202889<br>DALLAS, TX  75320 | | | 12/12/2010<br><br>TRUCKING | | | | 3,098.53 |
| ACCOUNT NO.<br><br>APC Postal Logistics, LLC<br>P O Box 412<br>East Rutherford, NJ 07073 | | | 12/30/2010<br><br>commercial debt | | | | 1,172.27 |
| ACCOUNT NO.<br><br>Appalachian Services, Inc.<br>1035 A P Hill Place<br>Forest, VA 23226 | | | 08/12/2010<br><br>commercial debt | | | | 1,491.00 |

Sheet no.  1  of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                    **7,363.30**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **RICKLAND DIRECT, LLC**                              Case No. _____
                                    Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **26002452**<br><br>**BBB Better Business Bureau**<br>**720 Moorefild Park Dr, Ste 300**<br>**Richmond, VA 23226** | | | 04/02/2009<br><br>commercial debt | | | | 1,305.00 |
| ACCOUNT NO.<br><br>**BCC Software, Inc.**<br>**39093 Treasury Center**<br>**Chicago, IL 60694** | | | 12/01/2010<br><br>commercial debt | | | | 4,405.00 |
| ACCOUNT NO.   **Rickland**<br><br>**Ben. Franklin Printing Co.**<br>**1528 High Street**<br>**Richmond, VA 23220** | | | 07/29/2010<br><br>commercial debt | | | | 459.80 |
| ACCOUNT NO.<br><br>**Carter Printing Co**<br>**P O Box 6901**<br>**Richmond, VA 23230** | | | 12/16/2010<br><br>commercial debt | | | | 1,890.00 |
| ACCOUNT NO.   **3006505**<br><br>**Cavalier**<br>**P O Box 9001111**<br>**Louisville, KY 40290** | | | 12/27/2010<br><br>commercial debt | | | | 14,813.42 |

Sheet no.  2 of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $    22,873.22

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **RICKLAND DIRECT, LLC** _____   Case No. _____
_____
  Debtor   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**CII Service**<br>**P O Box 13199**<br>**Richmond, VA 23225** | | | 12/31/2010<br><br>commercial debt | | | | **927.05** |
| ACCOUNT NO.<br><br>**CLEAR SPIDER**<br>**5025 ORBITOR DRIVE**<br>**BUILDING 2**<br>**MISSISSAUGA ON  L4W4Y5** | | | 04/01/2010<br><br>**COMPUTER SERVICES** | | | | **2,500.00** |
| ACCOUNT NO.<br><br>**DATA INTEGRATORS**<br>**1190 INTERNATIONAL PARKWAY, STE 1**<br>**FREDRICKSBURG, VA  22406** | | | 04/01/2010<br><br>equipment purchase | | | | **5,081.60** |
| ACCOUNT NO.<br><br>**Data-Pac Mailing Systems**<br>**1217 Bay Road**<br>**Webster, NY 14580** | | | 03/15/2009<br><br>commercial debt | | | | 2,760.99 |
| ACCOUNT NO.<br><br>**DIGITAL INK d/b THINK PRINTING**<br>**2924 BELLS ROAD**<br>**RICHMOND, VA23234** | | | 12/16/2010          Setoff<br><br>**PRINTING** | | | | 2,760.99 |

Sheet no. _3_ of _13_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ＞ $          **14,030.63**

Total  ＞ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **RICKLAND DIRECT, LLC** _____  Case No. _____
                              Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **5820853561** <br><br> **DOMINION VIRGINIA POWER** <br> **PO BOX 26543** <br> **RICHMOND, VA 23290** | | | **12/22/2010** <br><br> **ELECTRICITY** | | | | **10,192.74** |
| ACCOUNT NO. <br><br> **Dye Bindery Service** <br> **1812 A MacTavish Ave** <br> **Richmond, VA 23230** | | | **commercial debt** | | | | **1,855.30** |
| ACCOUNT NO.   **RICDIR01** <br><br> **Eagle Fire Inc.** <br> **7459 White Pine Road** <br> **Richmond, VA 23237** | | | **01/28/2009** <br><br> **commercial debt** | | | | **170.00** |
| ACCOUNT NO.   **738783** <br><br> **Eastman Kodak Co** <br> **P O Box 640350** <br> **Pittsburgh, PA 15264** | | | **10/15/2010** <br><br> **commercial debt** | | | | **714.07** |
| ACCOUNT NO. <br><br> **Electronic Systems, Inc.** <br> **369 Edwin Dr.** <br> **Virginia Beach, VA 23462** | | | **09/26/2008** <br><br> **commercial debt** | | | | **73.91** |

Sheet no.  4 of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **13,006.02**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **RICKLAND DIRECT, LLC** _____     Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **N15678** <br><br>**eVA** <br>**P O Box 562** <br>**Richmond, VA 23218** | | | **12/17/2010** <br><br>**commercial debt** | | | | 268.46 |
| ACCOUNT NO. <br><br>**EXTRA MILE TRANPORTATION** <br>**PO BOX 300** <br>**BUFFALO, NY  14231** | | | **01/25/2010** <br><br>**TRUCKING** | | | | 2,233.87 |
| ACCOUNT NO.   **4001-9308-8** <br><br>**FEDEX** <br>**PO BOX 371461** <br>**PITTSBURGH, PA 15250** | | | **11/09/2010** <br><br>**DELIVERY SERVICES** | | | | 7,744.07 |
| ACCOUNT NO. <br><br>**FedEx Kinkos** <br>**P O Box 371461** <br>**Pittsburgh, PA 15250** | | | **09/04/2009** <br><br>**commercial debt** | | | | 856.80 |
| ACCOUNT NO. <br><br>**FLETCHER RICK** <br>**10250 BUCKEYE ROAD** <br>**MECHANICSVILLE, VA 23116** | | | **01/01/2009** <br><br>**EQUITY SECURITY HOLDER'S LENDING FUNDS FOR OPERATIONS** | | | | 241,219.16 |

Sheet no.  5  of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $     252,322.36

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **RICKLAND DIRECT, LLC** _____        Case No. _____
                              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **3551617**<br><br>**Frank Jones Mailing Equipment, Inc.**<br>**P O Box 714**<br>**Midlothian, VA 23113** | | | 10/29/2008<br><br>commercial debt | | | | **718.40** |
| ACCOUNT NO.<br><br>**Hasler, Inc.**<br>**P O Box 895**<br>**Shelton, CT 06484** | | | <br><br>commercial debt | | | | **746.66** |
| ACCOUNT NO.<br><br>**JH Transportation**<br>**P O Box 1894**<br>**Ashland, VA 23005** | | | 12/29/2010<br><br>**Commercial dect** | | | | **1,100.00** |
| ACCOUNT NO.<br><br>**Joan E. Schauss, CPA**<br>**51 E. Square Lane**<br>**Richmond, VA 23238** | | | <br><br>commercial debt | | | | **1,425.00** |
| ACCOUNT NO.  **Rickland Direct**<br><br>**Laser Sun International, Inc.**<br>**P O Box 6447**<br>**Richmond, VA 23230** | | | 12/31/2010<br><br>commercial debt | | | | **1,127.70** |

Sheet no.  6 of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          **5,117.76**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **RICKLAND DIRECT, LLC**                                    Case No. _____
                                     **Debtor**                                           **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**MAGNOLIA LEASING<br>10 JACK CASEY COURT<br>FOUNTAIN INN, SC 29644** | | | **EQUIPMENT LEASING** | | | | **2,591.25** |
| ACCOUNT NO.<br>**Mail Merry Systems<br>63 Sarasota Blvd, Ste 105<br>Sarasota, FL 34240** | | | **commercial debt** | | | | **869.88** |
| ACCOUNT NO.<br>**McLeod Belting<br>P O Box 2310<br>Greensboro, NC 27402** | | | 08/04/2010<br>**commercial debt** | | | | **886.49** |
| ACCOUNT NO.<br>**Ohio Casualty<br>6281 Tri-Ridge Blvd<br>Loveland, OH 45140** | | | **commercial debt** | | | | **3,914.39** |
| ACCOUNT NO.  **D-10009685**<br>**Orkin Pest Control<br>11147 Air Park Dr Ste 3<br>Ashland, VA 23005** | | | 12/21/2010<br>**commercial debt** | | | | **125.00** |

Sheet no.  7 of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **8,387.01**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **RICKLAND DIRECT, LLC** _____     Case No. _____
                                    Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Owen Printing** <br> **930 Winfield Road** <br> **Petersburg, VA 23803** | | | 05/30/2008 <br><br> commercial debt | | | | 404.25 |
| ACCOUNT NO. <br><br> **Packaging Systems & Supplies Inc** <br> **11830 N. Lakeridge Pkwy** <br> **Ashland, VA 23005** | | | 01/29/2008 <br><br> commercial debt | | | | 848.40 |
| ACCOUNT NO. <br><br> **Patient First** <br> **2300 E. Parham Rd** <br> **Henrico, VA 23228** | | | commercial debt | | | | 572.00 |
| ACCOUNT NO. <br><br> **Patrick R. Laden, Esqire** <br> **1650 Willow Lawn Dr STe 300** <br> **Richmond, VA 23230** | | | 09/01/2008 <br><br> commercial debt | | | | 883.33 |
| ACCOUNT NO. <br><br> **PILOT FREIGHT** <br> **1573 PAYSPHERE CIRCLE** <br> **CHICAGO, IL  60674** | | | 10/09/2010 <br><br> **TRUCKING** | | | | 2,195.95 |

Sheet no.  8 of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                    **4,903.93**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **RICKLAND DIRECT, LLC**                                           Case No. _____
                                            **Debtor**                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **38-38033**<br>**Pitney Bowes Presort Services**<br>**P O Box 809369**<br>**Chicago, IL 60680** | | | **09/18/2010**<br>**commercial debt** | | | | **235.45** |
| ACCOUNT NO.    **179415**<br>**Premier Colors, LLC**<br>**323 Hill Carter Pkwy**<br>**Ashland, VA 23005** | | | **03/31/2009**<br>**commercial debt** | | | | **257.28** |
| ACCOUNT NO.    **50943**<br>**Printing Services**<br>**P O Box 11103**<br>**Richmond, VA 23230** | | | **10/27/2010**<br>**commercial debt** | | | | **942.00** |
| ACCOUNT NO.    **38-38033**<br>**PSI Group INc.**<br>**P O Box 809369**<br>**Chicago, Il 60680** | | | **commercial debt** | | | | **238.72** |
| ACCOUNT NO.    **6434406**<br>**Quill**<br>**P O Box 37600**<br>**Philadelphia, PA 19101** | | | **02/11/2010**<br>**commercial debt** | | | | **353.75** |

Sheet no. _9_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $                    **2,027.20**

Total ➢ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **RICKLAND DIRECT, LLC** _____   Case No. _____
                            **Debtor**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **6245RI**<br><br>**Reliable Printing Solutions, Inc.**<br>**2230 Michigan Ave**<br>**Santa Monica, CA 90404** | | | **11/22/2010**<br><br>**commercial debt** | | | | **77.77** |
| ACCOUNT NO.  **532926-0022828**<br><br>**RICHMOND - DEPARTMENT OF PUBLIC UTI**<br>**PO BOX 26060**<br>**RICHMOND, VA 23274** | | | **12/15/2010**<br><br>**UTILITIES** | | | | **18,873.16** |
| ACCOUNT NO.  **250241-0022828**<br><br>**RICHMOND - DEPARTMENT OF PUBLIC UTI**<br>**PO BOX 26060**<br>**RICHMOND, VA 23274** | | | **12/15/2010**<br><br>**UTILITIES** | | | | **33,654.70** |
| ACCOUNT NO.  **9208850003**<br><br>**SOUTHERN HEALTH INSURANCE**<br>**PO BOX 6485**<br>**CAROL STREAM, IL  60197** | | | **01/01/2010**<br><br>**HEALTH INSURANCE EMPLOYEES** | | | | **5,999.91** |
| ACCOUNT NO.<br><br>**Sprint-Nextel**<br>**P O Box 105243**<br>**Atlanta, GA 33480** | | | **01/11/2011**<br><br>**commercial debt** | | | | **266.45** |

Sheet no.  10  of  13  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                                **58,871.99**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **RICKLAND DIRECT, LLC**                                        Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Staples, Inc.**<br>**Dept DC 85105**<br>**P O Box 30851**<br>**Hartford, CT 06150** | | | 01/01/2011<br><br>commercial debt | | | | 401.75 |
| ACCOUNT NO.<br><br>**Terminix Commercial**<br>**7870 Villa Park Drive**<br>**Richmond, VA 23238** | | | 01/01/2011<br><br>commercial debt | | | | 320.00 |
| ACCOUNT NO.<br><br>**Total Office Solutions, Inc.**<br>**7109 Staples Mill Rd**<br>**Ste 298**<br>**Richmond, VA 23228** | | | 04/01/2008<br><br>commercial debt | | | | 687.50 |
| ACCOUNT NO.<br><br>**Truck Services**<br>**707 Albany Aven**<br>**Richmond, VA 23224** | | | 01/03/2011<br><br>commercial debt | | | | 516.56 |
| ACCOUNT NO.<br><br>**ULTRAVIOLET LASER SUPPLIES**<br>**7051 BROOK ROAD**<br>**RICHMOND, VA 23227** | | | 12/31/2009<br><br>**PRINTING SUPPLIES** | | | | 1,627.03 |

Sheet no. 11 of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                3,552.84

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **RICKLAND DIRECT, LLC**_____    Case No. _____
                              Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Unisource<br>P O Box 409884<br>Atlanta, GA 30384 | | | 01/17/2010<br><br>commercial debt | | | | 1,963.97 |
| ACCOUNT NO.    **6F92E**<br><br>UPS<br>PO BOX 7247-0244<br>PHILADELPHIA, PA 19170 | | | 07/01/2010<br><br>**DELIVERY CHARGES** | | | | 26,035.96 |
| ACCOUNT NO.    **000705079864**<br><br>Verizon<br>P O Box 660720<br>Dallas, TX 75266 | | | 12/31/2010<br><br>commercial debt | | | | 971.01 |
| ACCOUNT NO.    **30-03120745**<br><br>Virginia Waste Services<br>11800 Lewis Road<br>Chester, VA 23831 | | | 09/30/2010<br><br>commercial debt | | | | 620.00 |
| ACCOUNT NO.    **338343**<br><br>WARD TRUCKING<br>PO BOX 1553<br>ALTOONA, PA 16603 | | | 10/28/2010<br><br>**TRUCKING** | | | | 4,873.99 |

Sheet no.  12  of  13  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $    **34,464.93**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **RICKLAND DIRECT, LLC** _____     Case No. _____

                        **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**WEST END PROPERTIE S, LLC**<br>**3405 COMMERCE ROAD**<br>**RICHMOND, VA 23234** | | | 08/01/2008<br><br>**PURCHASE OF ASSETS** | | | | **223,861.22** |
| ACCOUNT NO.<br><br>**Wythken Printing Co**<br>**P O Box 4274**<br>**Richmond, VA 23220** | | | 11/30/2010<br><br>**commercial debt** | | | | **317.10** |

Sheet no. _13_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **224,178.32**

Total ➤ $ **709,423.31**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  **RICKLAND DIRECT, LLC**                              ,          Case No. _____
                                                    **Debtor**                                                      **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **3405 Commerce L.C.**<br>**1650 Willow Lawn Drive Ste 300**<br>**Richmond, VA 23230** | **Property  Lease** |
| **Leaf Leasing**<br>**P O Box 644006**<br>**Cinncinnati, OH 45264** | **Paper Cutter & Folder  and Inkjet system** |
| **Magnolia Lease**<br>**(IPS Packaging)**<br>**P O Box 2009**<br>**Faountain Inn, SC 29644** | **Strapping Machine** |

**B6H (Official Form 6H) (12/07)**

In re: **RICKLAND DIRECT, LLC** _____.                    Case No. _____
_____Debtor_____                                                                                               **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Virginia

In re:   **RICKLAND DIRECT, LLC**                                   Case No. _____

Chapter   **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

   1.  Gross Income For 12 Months Prior to Filing:     $     **2,471,186.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

   2.  Gross Monthly Income:                               $     **205,000.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---:|
| 3. | Net Employee Payroll (Other Than Debtor) | $ **65,000.00** |
| 4. | Payroll Taxes | **18,000.00** |
| 5. | Unemployment Taxes | **300.00** |
| 6. | Worker's Compensation | **960.00** |
| 7. | Other Taxes | **6,300.00** |
| 8. | Inventory Purchases (Including raw materials) | **0.00** |
| 9. | Purchase of Feed/Fertilizer/Seed/Spray | **0.00** |
| 10. | Rent (Other than debtor's principal residence) | **14,742.00** |
| 11. | Utilities | **9,342.00** |
| 12. | Office Expenses and Supplies | **1,563.00** |
| 13. | Repairs and Maintenance | **700.00** |
| 14. | Vehicle Expenses | **2,370.00** |
| 15. | Travel and Entertainment | **465.00** |
| 16. | Equipment Rental and Leases | **1,975.00** |
| 17. | Legal/Accounting/Other Professional Fees | **580.00** |
| 18. | Insurance | **7,483.00** |
| 19. | Employee Benefits (e.g., pension, medical, etc.) | **2,711.00** |

  20.  Payments to Be Made Directly By Debtor to Secured Creditors For
       Pre-Petition Business Debts (Specify):

      **None**

  21.  Other (Specify):

| | |
|---|---:|
| **Computer & Internet Expenses** | **1,304.00** |
| **Employment Agency (staffing)** | **24,539.00** |
| **Freight** | **25,687.00** |
| **Operating Supplies** | **5,000.00** |
| **Outside Services** | **6,000.00** |
| **Printing & Reproduction** | **3,966.00** |

  22.  Total Monthly Expenses (Add items 3 - 21)              $     **198,987.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

  23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)     $     **6,013.00**

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court

## Eastern District of Virginia

In re **RICKLAND DIRECT, LLC** _____,      Case No. _____

                                    Debtor

                                                                 Chapter    __11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $        0.00 | | |
| B - Personal Property | YES | 4 | $    165.809.53 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $    117.000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $    423,939.48 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 14 | | $    709.423.31 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 25 | $    165,809.53 | $    1,250,362.79 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
# Eastern District of Virginia

In re  **RICKLAND DIRECT, LLC**                                          ,      Case No.  _____

                                    Debtor                                           Chapter  **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $  **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $  **423,939.48** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $  **0.00** |
| Student Loan Obligations (from Schedule F) | $  **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $  **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $  **0.00** |
| TOTAL | $  **423,939.48** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $  **0.00** |
| Average Expenses (from Schedule J, Line 18) | $  **0.00** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $  **0.00** |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $  **69,500.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $  **423,939.48** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $  **0.00** |
| 4. Total from Schedule F | | $  **709,423.31** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $  **778,923.31** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **RICKLAND DIRECT, LLC**                                        Case No. _____
                          Debtor                                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **FLETCHER RICK, JR.**, the **PRESIDENT/MANAGER** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**27**_____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___**1/31/2011**_____          Signature:  **s/ FLETCHER RICK, JR.**_____

                                                            **FLETCHER RICK, JR. PRESIDENT/MANAGER**_____
                                                                [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

## United States Bankruptcy Court
### Eastern District of Virginia

In re:  **RICKLAND DIRECT, LLC**                                   Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
|  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **FLETCHER RICK, JR., PRESIDENT/MANAGER** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:  __1/31/2011_____                 **s/ FLETCHER RICK, JR.**_____

                                                     **FLETCHER RICK, JR., PRESIDENT/MANAGER,**
                                                     **RICKLAND DIRECT, LLC**

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B7 (Official Form 7) (4/10)

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Virginia

In re: **RICKLAND DIRECT, LLC**_____,          Case No. _____

                               Debtor                                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None

☐      State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **5,203,326.53** | **Accounts Receivable** | **2009 to 2011** |
| **52,718.82** | **Accounts Receivables** | **2011** |

### 2.  Income other than from employment or operation of business

None

☑      State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3.  Payments to creditors

***Complete a. or b., as appropriate, and c.***

None

☑      a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

| None ☑ | b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

---

| None ☑ | c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

| None ☑ | a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

---

| None ☐ | b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Axis Capital 308 N. Locust Grand Island, NE 68801** | **07/01/2010** | **Polybag Unit Steamfeeder Model 44000388 $40,000.00** |

3

### 5.  Repossessions, foreclosures and returns

None ☑  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6.  Assignments and receiverships

None ☑  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☑  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7.  Gifts

None ☑  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8.  Losses

None ☑  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

### 9.  Payments related to debt counseling or bankruptcy

None   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
☑      consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within
       **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 10.  Other transfers

None   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the
☑      debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.
       (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint
       petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a
☑      self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
| --- | --- | --- |

### 11.  Closed financial accounts

None   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed,
☐      sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking,
       savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks,
       credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors
       filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or
       both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Wachovia Ba nk**<br>**7300 Jefferson Davis Hwy**<br>**Richmond, VA 23237** | **General Checking #3884**<br>**-0- balance** | **10/13/2010** |

### 12.  Safe deposit boxes

None   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within
☑      **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
       must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are
       separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ☐   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **H & H (a defunct business) and/or its lessor** | **Please see attached list** | **3405 Commerce Road Richmond, VA 23234** |

### 15. Prior address of debtor

None ☑   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑   a.      List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

6

None ☑    b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑    c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None ☑    a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☑    b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

7

## 19. Books, records and financial statements

None    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept
❑    or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                      DATES SERVICES RENDERED

**Joan E. Schauss, CPA**                    **1-17-09 to 4-30-09**
**51 East Square Lane**
**Richmond, VA 23238**

**Karen L. Dodson (bookkeeper)**          **1-17-09 to present**
**305 Bunker Lane**
**Sandston, VA 23150**

**Marcee Adams, Partner**               **1-17-09 to present**
**Geo W. Garner & Associates, PLLC**
**Certified Public Accountants & Cons**
**11175 Ridgefield Pkwy, Ste 102**
**Richmond, VA 23233**

None    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited
❑    the books of account and records, or prepared a financial statement of the debtor.

NAME               ADDRESS                 DATES SERVICES RENDERED

**Joan E. Schauss, CPA**
**51 East Square Lane**
**Richmond, VA 23238**

**Marcee Adams, Partner**
**Geo W. Garner & Assoc, PLLC**
**Certified Public Accountants & Cons**
**11175 Ridgefield Pkwy, Ste 102**
**Richmond, VA 23233**

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account
❑    and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                  ADDRESS

**Fletcher Rick (President)**                  **10250 Buckeye Road**
                                        **Mechanicsville, VA 23116**

**Julie Gabbard (VPresident of Sales)**      **1617 Pulliam Street**
                                        **Richmond, VA 23235**

**Karen L. Dodson (Bookkeeper)**          **305 Bunker Lane**
                                        **Sandston, VA 23150**

**Lisa Jacoby (Controller)**                 **3406 Robious Forest Way**
                                        **Midlothian, VA 23113**

**Marcee Adams, Partner**                 **Geo W. Garner & Assoc, PLLC**
                                        **Certified Public Accountants & Cons**
                                        **11175 Ridgefield Pkwy, Ste 102**
                                        **Richmond, VA 23233**

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☑    financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                      DATE ISSUED

8

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Eduardo Cervantes** **10375 Colonial Estates Circle** **Glen Allen, VA 23059** | **Vice President of Operations** | **10%** |
| **Fletcher Rick** **10250 Buckeye Road** **Mechanicsville, VA 23116** | **President & Managing Member** | **80%** |
| **Julie Gabbard** **1617 PUlliam Street** **Richmond, VA 23235** | **Vice President of Sales** | **10%** |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

9

## 23. Withdrawals from a partnership or distributions by a corporation

None

☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Julie Gabbard**<br>**1617 PUlliam Street**<br>**Richmond, VA 23235** | **1-27-10 to 11-22-10**<br><br>**Loan** | **$1,081.95** |

## 24. Tax Consolidation Group.

None

☑   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PARENT CORPORATION          TAXPAYER IDENTIFICATION NUMBER (EIN)

## 25. Pension Funds.

None

☑   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PENSION FUND                 TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   1/31/2011                               Signature   s/ FLETCHER RICK, JR.

                                          **FLETCHER RICK, JR., PRESIDENT/MANAGER**
                                          Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*